JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | CASE NO.: CV 09-6506 CBM (PJWx)<br><br>**JUDGMENT** |

        Plaintiffs,

  vs.

MICHAEL J. ROGERS, an individual doing business as "Rogers Plumbing",

        Defendant,

1

255205.1

Judgment

1  This action having been commenced on September 8, 2009, and the Court
2  having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of
3  the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against
4  defendant Michael J. Rogers, an individual doing business as "Rogers Plumbing", and
5  for good cause shown,

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
8  Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare
9  Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund,
10 Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund,
11 Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund,
12 Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of
13 the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and
14 Pipefitters National Pension Fund, and Trustees of the International Training shall
15 recover from defendant Michael J. Rogers, an individual doing business as "Rogers
16 Plumbing", the principal amount of $27,094.60, together with post-judgment interest
17 as provided by law, until paid in full.

19 DATED: 2/3/2010           _____
                                                        UNITED STATES DISTRICT JUDGE